IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | CRIMINAL NO. |
| v. | : | |
| | : | VIOLATION: |
| | : | |
| **DAVID S.C. TATUM,** | : | 18 U.S.C. § 1001 |
| | : | **(Material False Statement)** |
| **Defendant.** | : | |

# INFORMATION

The United States charges:

On or about August 10, 2005, in the District of Columbia, the defendant **DAVID S.C. TATUM** did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the United States Department of Commerce, Office of Export Enforcement, and of the United States Department of Homeland Security, Immigration and Customs Enforcement, agencies within the executive branch of the United States, in that the defendant stated to the agents that, after learning of certain coworkers' dealings with a particular company in Iran, he had instructed them to cease sending United States-origin replacement parts to that Iranian company either directly or through a third party,

when in truth and in fact the defendant knew at the time he made the statement to the agents that it was false.

(**Material False Statement**, in violation of Title 18, United States Code, Section 1001.)

        KENNETH L. WAINSTEIN
        D.C. Bar No. 451058
        United States Attorney

By: _____
        LAURA A. INGERSOLL
        Assistant United States Attorney
        Connecticut Bar No. 306759
        (202) 514-9549
        laura.ingersoll@usdoj.gov

_____
JAY I. BRATT
Assistant United States Attorney
Illinois Bar No. 6187361
(202) 353-3602
jay.bratt@usdoj.gov

Transnational and Major Crimes Section
555 4th Street, N.W. – 11th Floor
Washington, D.C.  20530