IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | CRIMINAL NO. 06-00112-JDB |
| | : | |
| **DAVID S.C. TATUM,** | : | |
| | : | |
| **Defendant.** | | |

## DEFENDANT'S MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Defendant David S.C. Tatum hereby moves, pursuant to Local Criminal Rule 44.1, that the Court admit his counsel, Kent Wicker, to appear before the Court *pro hac vice*. In support of this motion, the defendant states that the motion is accompanied by the declaration of Mr. Wicker, and it is sponsored by a member in good standing of the bar of this Court, Christopher Davies, who serves as the defendant's local counsel.

WHEREFORE, the defendant requests that the Court grant this motion.

Respectfully submitted,

 /s/ Christopher Davies
Christopher Davies
Wilmer Cutler Pickering Hale and Dorr LLP
2445 M Street NW
Washington, DC 20037
tel: 202-663-6187
fax: 202-663-6363

Certificate of Service

      I hereby certify that a copy of the foregoing has been served upon Jay Bratt and Laura Ingersoll, counsel for the United States, by first class mail or electronic service, this 2nd day of May, 2006.

      /s/ Christopher Davies
      Christopher Davies