IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CRIMINAL NO. 06-00112-JDB |
| DAVID S.C. TATUM, | : |
| Defendant. | : |

### DECLARATION OF KENT WICKER

I, Kent Wicker, being duly sworn, hereby state under oath as follows:

1. My full name is Jeffrey Kent Wicker.

2. My office address is 2100 Waterfront Plaza, 321 West Main Street, Louisville, KY 40202. My telephone number is (502) 572-2500.

3. I am a member in good standing of the bars of Kentucky and Massachusetts, and the District Courts of Eastern Kentucky, Western Kentucky, and Massachusetts.

4. I have not been disciplined by any bar.

5. I have not appeared *pro hac vice* in this Court within the last two years.

6. I do not practice law from an office in the District of Columbia. I am not a member of that bar, and I have no application pending.

Further, affiant sayeth not.

_____
Kent Wicker

Sworn to and subscribed before me this 2nd day of May, 2006, by Kent Wicker.

My commission expires: 2/19/08

_____
NOTARY PUBLIC
STATE OF KENTUCKY AT LARGE

Certificate of Service

I hereby certify that a copy of the foregoing has been served upon Jay Bratt and Laura Ingersoll, counsel for the United States, by first class mail or electronic service, this 2nd day of May, 2006.

/s/ Christopher Davies
Christopher Davies