# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **v.** : | **CRIMINAL NO. 06-00112-JDB** |
| : | |
| **DAVID S.C. TATUM,** : | |
| : | |
| **Defendant.** | |

## ORDER

This matter is before the Court on the motion of the defendant to admit his counsel, Kent Wicker, to practice before the Court *pro hac vice*. Having considered the motion, and being otherwise well advised, IT IS ORDERED that the motion is GRANTED.

Done this ___ day of May, 2006.

_____
Hon. John D. Bates
United States District Judge