UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 0 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No. 06-112 |
| ) | |
| DAVE TATUM ) | |

WAIVER OF INDICTMENT

I, **DAVE TATUM**, the above-name defendant, who is accused of

Material False Statement
18 USC 1001

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **May 4, 20006** prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____     Date: _____
Judge John D. Bates