HONORABLE JOHN D. BATES, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

| UNITED STATES OF AMERICA | : | Docket No.: 06-CR-112 |
|---|---|---|
| vs. | : | |
| TATUM, David | : | Disclosure Date: June 30, 2006 |

AUG 0 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          7/11/06
Prosecuting Attorney                            Date

### For the Defendant

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____    _____        _____    _____
Defendant                   Date                 Defense Counsel           Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **July 14, 2006**, to U.S. Probation Officer **Tennille Losch**, telephone number **(202) 565-1385**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Richard A. Houck, Jr., Chief
       United States Probation Officer



U.S. Department of Justice

Kenneth L. Wainstein
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

July 11, 2006

BY FAX (202/273-0242)
Ms. Tennille Losch
United States Probation Officer
300 Constitution Avenue, N.W.
Washington, D.C. 20001

    Re:    United States v. David Tatum, Criminal No. 06-112 (JDB)

Dear Ms. Losch:

    There is only one minor material inaccuracy in the Presentence Investigation Report in the above-captioned case. Paragraph 15 ("Adjustment for Obstruction of Justice") should read:

    "We do not have any information to suggest that the defendant impeded or obstructed justice, beyond the inherently obstructive effect of his material false statements to investigating agents."

    The government submits that the inherently obstructive effect of the defendant's false statements must be acknowledged, although they do not, in this case, provide a basis for a separate sentencing enhancement.

    Sincerely,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

Laura A. Ingersoll

Jay I. Bratt
Assistant United States Attorneys

Enclosure: Receipt and Acknowledgment of PSIR
cc: Kent Wicker, Counsel for the Defendant