HONORABLE JOHN D. BATES, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

UNITED STATES OF AMERICA        : Docket No.: 06-CR-112

vs.

TATUM, David                    : Disclosure Date: June 30, 2006

AUG 0 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                          7/11/06
Prosecuting Attorney                                Date

**For the Defendant**

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____ 7/12/06              _____ 7/11/06
Defendant            Date                Defense Counsel    Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by July 14, 2006, to U.S. Probation Officer Tennille Losch, telephone number (202) 565-1385, fax number (202) 273-0242.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By: Richard A. Houck, Jr., Chief
United States Probation Officer

# REED WICKER PLLC

2100 Waterfront Plaza
321 West Main Street
Louisville, Kentucky 40202
Telephone (502) 572-2500
Facsimile (502) 572-2503

Kent Wicker
(502) 572-2502
kent@reedwicker.com

*By fax and first class mail*

July 11, 2006

Ms. Tennille Losch
United States Probation Officer
300 Constitution Avenue, N.W.
Washington, DC 20001

Re: *United States v. David Tatum*

Dear Ms. Losch:

Mr. Tatum and I have reviewed the Presentence Report, and we have the following corrections:

1. In Paragraph 13, the last sentence should note Mr. Tatum did in fact tell Holland and Quinn to stop sending parts to Sepahan Lifter directly.

2. Paragraphs 32 and 33 should be corrected to note that Stephanie Tatum is the daughter of Mr. Tatum and his current wife, Pamela.

3. In Paragraph 41, please note the debts to CitiBank, American Express, J.P. Morgan Chase, both Chase credit cards, and MBNA have now been paid. The list of cash flows should include Mr. Tatum's pension of $1,876 per month. Accordingly, the net monthly cash flow is negative, -$4,673.

Very truly yours,

Kent Wicker
REED WICKER PLLC

cc: Mr. David Tatum
    Jay Bratt, Esq.
    Laura Ingersoll, Esq.