| PROB 22-DC (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* CR-06-112 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* ~~CR-06-112~~ 06-mc-8-JMH |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: David S.C. Tatum | DISTRICT District of Columbia | DIVISION U.S. Probation Office |
|---|---|---|
| | NAME OF SENTENCING JUDGE John D. Bates | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM August 4, 2006 — TO August 4, 2007 |

OFFENSE

False Statement -- 18 U.S.C. § 1001(a)(2)

FILED
AUG 2 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Eastern District of Kentucky
FILED
AUG 2 4 2006
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of Kentucky upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_August 4, 2006_        _[signature]_
Date                        United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF KENTUCKY

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_August 24, 2006_        _[signature]_
Effective Date                  United States District Judge

# United States District Court
Eastern District of Kentucky
## Office of the Clerk

Leslie G. Whitmer
Clerk of Court

Mark F. Armstrong
Chief Deputy Clerk



P.O. Box 3074
Lexington, KY
40588-3074

859-233-2503

August 25, 2006

Clerk, US District Court
1834 E. Barrett Prettyman US Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

    RE:    USA v. David S.C. Tatum
            Your Docket No. 1:06-CR-112
            Our Docket No. 5:06-misc-08

Dear Clerk:

    Enclosed is an original Transfer of Jurisdiction accepting jurisdiction over the above-named defendant by this Court. Please forward to this office certified copies of the indictment, Judgment and Commitment Order and the docket sheet which are on file in your office. Thank you and should you have any questions, please do not hesitate to call me.

                                    Sincerely,

                                    Kolleen Reynolds, D.C.
                                    United States District Court