Clerk, U.S. District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Room 1225
Washington, D.C. 20001

Eastern District of Kentucky
FILED
SEP 05 2006
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

August 31, 2006

Clerk, U.S. District Court
For the Eastern District of Kentucky
Post Office Drawer 3074
Lexington, KY 40588-3074

FILED
SEP 2 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In re: U.S.A. v. David S. C. Tatum
Our Case Number: 06-112

Dear Clerk,

Pursuant to Title 18 U.S.C. 3605, I am forwarding herewith certified copies of the Transfer of Jurisdiction Order, Information, Judgment and Commitment Order and Docket Sheet.

Please acknowledge receipt of these documents on the enclosed copy of this letter.

Very Truly Yours,

NANCY MAYER-WHITTINGTON, CLERK

By: _____
Tiffany Reed, Deputy Clerk

Enclosures